# EXHIBIT A

Google Groups    mkopllw@gmail.com | My Groups[7] | Favorites | Profile | Help | My Account | Sign out

## biz.marketplace.investors

shopntown    [Search this group] [Search Groups]

### Warning: Intellectual Property Patents    Options

**Discussions**
+ new post

1 message - Collapse all

Walter Rinebold View profile    Hide options Oct 6 1999, 3:00 am
Newsgroups: biz.marketplace.investors
From: AustinWalters@webtv.net (Walter Rinebold)
Date: 1999/10/06
Subject: Warning: Intellectual Property Patents
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Want To Patent An Idea?
Take The Next Step Now. Marketing,
Patent & Prototype Help. Free Info!
www.InventionHome.com

We have no facts to who has and who has not applied for a patent unless it has been awarded. Here is a revised copy of:

Warning: Intellectual Property Patents

License Royalty Data
Instant access to royalty rates.
Search, sort, download. 24/7.
www.royaltyconnection.com

According to an article published in BNA's Patents, Trademark & Copyright (PTO) Journal on Dec. 10, 1998, Patents for "business methods" are very real!

What does that mean?

Have a New Product Idea?
We have been providing Inventor
services for more than 20 years!
www.InventHelp.com

See your message here...

You may have an idea that can produce a substantial amount of revenue. Even work months or years perfecting the idea. Then get the system working, and a year from now, be taken to court to cease all business for patent infringements. The 2nd option is, they may allow you to continue the business for a licensing fee.

Why?

Because, while you were working on your system, someone else filed for a patent under "business methods" at the US Patents, Trademark and Copyright office with the same idea.

Why didn't E-Bay, and other company's like it, file? What says they haven't.

A scenario can be just as described above. They get awarded a patent and you are out of business or pay them a licensing fee to stay in business. (didn't Gates do something like that with copyrights on programs?)

In July, 1998, this type of patent was contested in the appellate courts. The decision was up held just this past December. This makes it very real!

Just over a year ago, you would have had a very, very slim chance of getting an idea or method for a business patented.

So, investor beware of that new company with a good idea, if there is no protection. You may not even know someone else has filed for a patent on the same idea if it is still in process with the PTO.

The start up company, linked below, has filed for this type of patent and are presently seeking capitalization.

<"http://www.shopntown.com">ShopNTown

Reply to author  Forward    Rate this post: ☆☆☆☆☆
End of messages


EXHIBIT
DX-22
6-4-09 M

« Back to Discussions                    « Newer topic   Older topic »

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google