# EXHIBIT B

**Paul Lerner**
| | |
|---|---|
| From: | Walter Rinebold [austinwalters@shopntown.ccsend.com] on behalf of Walter Rinebold [austinwalters@comcast.net] |
| Sent: | Friday, February 29, 2008 11:46 AM |
| To: | Paul Lerner |
| Subject: | News from ShopNTown.com, Inc. |

EXHIBIT
DX-15
6-4-09 MW

You're receiving this email because of your relationship with ShopNTown.com, Inc.. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

Feb. 2008                                                                                                  Issue: 1



## Welcome to ShopNTown.com, Inc.

**Dear Paul,**

This is an update of our recent progress of ShopNTown.

In this newletter we will address the status of our present web site, new web site (with a sneak peak at the site), Patent status and licensing opportunities and a note about our present business structure.

It is in my hopes that you find this information useful and satisfy any questions you may have about ShopNTown's leadership to bring us to a very successful year.

My Best Regards,

Walter A. Rinebold
Former President
ShopNTown.com, Inc.

PS. You may share this Newsletter with others through the "Forward email" link at the bottom of this page.

## Current Web Site Status

You will see some pretty cool new things added on the site over the next few weeks.

At the present, we have switched our hosting company to a more

### In This Issue

Current Web Site Status

New Web Site Design

Sneak Peak

Business Structure

Patent Status

Licensing

### Patent Status



General Patent Corporation International, as most of you know, has partnered with ShopNTown to license and enforce our patent.

I have been in contact with Paul Lerner, VP of GPCI, to understand what they have been doing to prepare for licensing infringing companies and

robust, independent server. This was necessary to support the video program that allows videos to play instantly instead of a long wait time before viewing the video.

I am most impressed on how fast the classified videos begin to play with this newly installed program. I have been uploading some videos, for testing, in the classifieds under Animals and Pets / For Sale in Lombard, Il. or 60148.

You will notice when viewing a video, there is a logo in the bottom corner of the viewer. This will be replaced with ShopNTown's logo. The logo will be embedded in the video and will not be able to be removed if it is viewed from other web sites or players.

What else will be added? Distance of the area around your selected town/zip. ie; 5, 10, 25 miles.

And my favorite: Most viewed classified video of the day displayed on both the main SnT page and the local page throughout the country. The video viewer will display the first picture frame and allow the user to play the complete video if they choose. We will recognize the author of the video ie; "Video By . . ."

# New Web Site Design

As a result of our present web site's usability, functionality and patches, it has become necessary to redesign the site. A more flexable and robust program system needed to be designed to handle the high traffic as demand begins to grow through our existing web site.

Our first step was to contract a knowledgable and reliable company to layout the plans or blueprints of the system. We chose Plurotech, recommended by a few of our investors,.whom has recently completed the blueprint for our new web site.

### What is a blueprint?
A blueprint is necessary to build our new web site in the details and functionallity it defines. Simular to the blueprint a building contractor uses to bid and construct a house.

This blueprint allows us to have serveral programming companies bid on building our new web site.

At the present time we have received two time schedules for building the new site. Plurotech came in at 6 months and Tusc, "The Oracle Experts", came in at an estimated time of 11 months.

# Sneak Peak
There are five screenshots of ShopNTown's web site concept. I will explain each page with a link to that

why we are still waitng for them to litgate infringing companies.

First we need to understand that once a company has been found infringing, they are financially liable from the time we were issued our patent. We may not even be aware of an infringing company for years, but once found infringing, all financial liability will be settled from the time of their operation not to exceed prior to the time our patent was issued.
It is not a matter of lost revenue but when we will collect on those revenues.

What has GPCI been doing?

GPCI has been evaluating several companies for patent infringement. They are preparing a strong defense by adding additional claims through what is called "Continuation Application" These added claims will strengthen the patent allowing GPCI to litigate infringing companies with confidence. It is very important to win the first litgation to set presidence for other infringing companies that follow.

Now let me put this in other words.
GPCI is the oldest and one of the most successful patent enforcement companies in the United States.

They have been contracted to manage all contracts and negotiations on behalf of ShopNTown and themselves as our patent enforcement



GPC000173

2/29/2008

screenshot at the end of each description.

**The first screenshot** is the entrance page to ShopNTown. Displayed here is the search location of the user. In this case, Naperville, IL. within 10 miles. This location and distance can be changed by the user at anytime.

The *Main Categories* are in the left column of the page. Directory, Classifieds, Coupons, Employment etc. listing all data available in the defined location as it is selected accordantly.

*Browse Top Categories* is exactly that, the most selected categories in the defined search location. I don't think you will find many Top Categories listed for Surf Boards in Madison, Wisconsin.

The *right column* of the page are sponsored ads targeted in the defined location.

Center Page has been written in jiberish, but is representive of local news articles and local events.
http://projects.plurotech.com/snt/gc01/homepage.html

**Second screenshot** is how we have improved the drilldown using Directory as an example. This screenshot displays the first column of the drilldown of categories when selecting Directory.
http://projects.plurotech.com/snt/gc01/homepage2.html

**Third screenshot** demonstrates how the drilldown has been improved. Entertainment has been selected. The improvement is that the first column has collaped, only showing the next relevent categories.
http://projects.plurotech.com/snt/gc01/homepage3.html

**Forth screenshot** is where we will begin to shine. The listings displayed, in this case, are for a Florist in Naperville with basic information about each listing. Links to more info, coupons, employment, their web site, etc. may be selected at this time. Remember, these are screenshots and not a functional site at this time.
http://projects.plurotech.com/snt/gc01/list.html

The **Fifth screenshot** is my favorite. This is what a user will view when they select more info from the desired listing. Detailed description, pictures with descriptions and a video of their services are displayed, just to name a few benefits of using ShopNTown.
http://projects.plurotech.com/snt/gc01/detail.html

# Business Structure
At the present, ShopNTown.com, Inc. is a Illinois C Corporation.

Our President is Robert G. Deeds. Our directors are Roger Soprych, Francis Moe and Secretary Fatmire Limani.

I myself, Walter have been retained as consultant for ShopNTown.

We have found it to be financially benificial to change ShopNTown's partner.

They have invested 10's of thousands of dollars of their own capital without any return to date.

Litigation can cost an upwards of $3 million plus. They will carry the burden of the initial expense of litgation. They are making sure those potential litgation costs bring all of us substantial returns.

### Patent Licensing

We have recently had a few inquires about licensing our patent.

This too was part of my discussion with Paul Lerner from GPCI.last week.

The benefits of an entity purchasing a licensing agreement is the freedom of management with little restrictions of how that entity markets the service.

We will not license our patent with the ShopNTown name and the licensed entity will be independant from the ShopNTown name here in the US.

ShopNTown does not negotiate any licensing agreements. Only GPCI can negotiate licensing agreements.

All inquires about licensing agreements must be made through Paul Lerner of GPCI.
He can be reached by email at:
plerner@gpci.com

GPC000174

2/29/2008

status to an LLC., led by Nick Marsico of Huck Bouma PC. They have been retained to legally represent us with this change.

Join Our Mailing List!

Upon completion of our LLC status, several members will be selected to the advisory board. Because of our recent experience, The present officers and directors of ShopNTown.com, Inc., listed above, will be on the board. Additional members will be selected on the board to represent the voice of several interest groups.



## Free 90 Day Trial

Do you have a local business that needs a competitive edge over the Amazons of the Internet in your neighborhood? Get in front of your local customers on the Internet. Includes a free web site and hosting.

Go to ShopNTown.com or click on the logo and "Take the Tour". You like what you see? Try it for 90 days with no obligation, no credit card. Just enter the Key Code SNTVAL when registering.

Don't wait, you can be up and running today!

**This Offer May Expire At Anytime**



## Free Classified Ads

Where else can you put up an unlimited amount of classified ads with a video of the items you are selling absolutly FREE?

When you register at ShopNTown.com as a resident, you can place as many ads in your zip code without ever paying a dime.

Check it out at ShopNTown.com or click on the logo and "Take the Tour" Use the Key Code SNTVAL when registering.

Your ad can be up and running in minutes!

**This Offer May Expire At Anytime**

**Forward email**

✉ SafeUnsubscribe®
This email was sent to plerner@gpci.com, by austinwalters@comcast.net
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

TRY IT FREE

ShopNTown.com, Inc. | 1000 S. Finley Rd. | Lombard | IL | 60148