# EXHIBIT C

# LANGUAGE OF METHOD CLAIMS WITH COURT'S CLAIM CONSTRUCTIONS AND PARTIES' STIPULATED CONSTRUCTIONS

| Claim Language | Construction per July 22 Order (D.I. 90) |
|---|---|
| 40. A method for providing an on-line interactive web site for referring a consumer to one or more merchants or other users and for increasing access to localized business and markets, the method comprising the steps of: | |
| providing one or more pages containing information organized into **a hierarchy of geographic areas** | geographic areas organized into tiers |
| that allows the merchants and consumers **to select from** | to choose or pick from |
| at least one **topical category** | a grouping of items defined by a common characteristic |
| in a plurality of **localized geographic areas** | a geographic area narrowed from the whole of geographic areas |
| to input or view localized information wherein merchants in the localized geographic areas may direct the information to localized markets so as to **provide greater exposure to the merchants within the localized geographic areas**; | provide more exposure to those merchants who posted a listing in the localized geographic area(s) they selected |
| providing **means for the one or more merchants to connect to at least one web page of the one or more web pages**; | means-plus-function term<br><br>Function: enabling the merchants to access one or more of the web pages<br><br>Structure: a server which hosts one or more web pages, and is accessible by or connected to the Internet |
| **allowing the one or more merchants to select at least one of the localized geographic areas and at least one of the topical categories** to list or display information pertaining to the one or more merchants; | permitting one or more merchants to choose or pick at least one localized geographic area and at least one topical category |
| **allowing the one or more merchants to input information into the system** for viewing by the consumers on the one or more web pages | permitting one or more merchants to create and post information to the system |

| Claim Language | Construction per July 22 Order (D.I. 90) |
|---|---|
| through a **substantially automated process**, wherein the information is accessible on the one or more web pages under the localized geographic areas and topical categories selected by the one or more merchants, | process that takes place with minimal, if any, human interaction |
| and wherein the merchant has **direct access to modify, add or remove the information**; | the ability to edit the information that the merchant previously created and posted to the system |
| connecting the consumer to the one or more web pages; | |
| allowing the consumer to select at least one topical category from at least one localized geographic area; | |
| **displaying the merchant information in response to the geographic area and topical category selected by the consumer**; | showing the merchant information on a user's computer screen in response to the consumer picking a geographic area and topical category |
| monitoring the information that is accessed; | |
| providing statistics regarding the information accessed; and | |
| generating revenue based on the information that is inputted by the merchants. | |
| 41. The method of claim 40 wherein the method further comprises the step of **calculating fees based on the information accessed**. | determining fees based upon the input information |
| 42. The method of claim 40 wherein the method further comprises the step of **providing extended services**. | providing additional services beyond referring a consumer to one or more merchants or other users |
| 44. The method of claim 40 wherein the method further comprises the step of prompting for a password to access the information. | |
| 47. The method of claim 40 which further comprises the step of **generating revenue from the one or more merchants for listing the merchant information in the hierarchy of geographic areas and topical categories.** | charging fees to the merchants for the listings |

| Claim Language | Construction per July 22 Order (D.I. 90) |
|---|---|
| 48. The method of claim 40 which further comprises the step of providing **means for the one or more merchants to update or edit the merchant information.** | means-plus-function term<br><br>Function: allowing merchants, after being authenticated, to themselves alter their own information<br><br>Structure: a web page running on a server which allows the merchant to update or edit the merchant information |
| 50. The method of claim 40 wherein the geographic areas and topical categories are provided in **drill-down menus.** | one or more choices presented in a menu after selecting a choice in a hierarchical menu |
| 51. The method of claim 40 wherein the inputting of the information occurs in **real time.** | substantially immediately |
| 52. The method of claim 40 wherein the information comprises business listings. | |