# EXHIBIT E

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF VIRGINIA
3                    NORFOLK DIVISION
4
5   SHOPNTOWN, LLC, 1000 S.            )
6   Finley Road, Lombard,              )          CERTIFIED COPY
7   Illinois, 60148,                   )
8             Plaintiff,               )
9   v.                                 )   CIVIL ACTION NO.
10  LANDMARK MEDIA ENTERPRISES,        )   2:08cv564
11  LLC, 150 W. Brambleton             )
12  Avenue, Norfolk, Virginia,         )
13  23510                              )
14            Defendant.               )
15
16       30(b)(6) DEPOSITION UPON ORAL EXAMINATION
17                  OF TERRENCE SLATTERY
18            TAKEN ON BEHALF OF THE PLAINTIFF
19                    Norfolk, Virginia
20                    July 21, 2009
21       _____
22                TAYLOE ASSOCIATES, INC.
23            Registered Professional Reporters
24              Telephone: (757) 461-1984
25                    Norfolk, Virginia

Page 118

1  caveat -- thank very much, Madam Court Reporter, for
2  the reminder -- I don't have any other questions.
3          EXAMINATION
4  BY MR. LEVIN:
5     Q.  I just -- have just a few. Mr. Slattery,
6  you testified generally about apartment communities,
7  and I just want to make sure we understand what --
8  what you mean by a community. For example, is a -- a
9  single apartment building that has 300 units, is that
10 one community?
11    A.  That is one community in our -- in our
12 vernacular, yes.
13    Q.  All right. And in your vernacular, if
14 there is a series of Garden apartments for example
15 that are constituted by eight buildings, 20 units in
16 each building, is that a single community?
17    A.  If it's managed by a single entity, yes.
18    Q.  And when you refer to community, do you
19 also use the term to refer to the -- you know, the
20 smaller landlords, for example a -- an individual who
21 owns a duplex and wants to rent out the bottom floor
22 of the duplex? Is that one community, or do you even
23 use the term to refer to them as a community?
24        MR. STERN: Objection.
25        THE WITNESS: We don't -- we

Page 119

1  don't -- I mean, that would -- if it's a duplex we
2  refer to it as a duplex. If it's a condo, we refer
3  to it as a condo. Anything less than -- than the
4  aforementioned, you know, hundred unit plus, we
5  describe almost as it is. If it's a 20-unit building,
6  we describe it as a 20-unit building because that's --
7  that's irrelevant to our advertising.
8  BY MR. LEVIN:
9     Q.  Now, let's talk about the communities
10 that are 100 units or -- or greater. If -- if a new
11 community of 100 units or greater wanted to initiate
12 listings with ForRent.com, could that community
13 initiate listings through the Web site?
14    A.  Could they set themselves up through the
15 Web site?
16    Q.  Yes.
17    A.  I don't think physically they -- I don't
18 think physically they could. They could go to place
19 an ad, but I don't think it would -- I don't know the
20 answer to that. It -- it doesn't happen that way, and
21 the reason it doesn't happen that way, and -- and I'm
22 stumped by the question is, when you're building an
23 apartment community of a hundred units of greater, we
24 know about it. It's not a small house that's
25 built. There is a permit pulled. We -- we know

Page 120

1  all the permits that are pulled for the multi-family
2  space. We know it -- it takes, you know, a year to
3  build a property. It's not built overnight so we
4  know exactly every stage of the process and we're out
5  on the site talking to the management company prior to
6  the building being built, so if we have to wait until
7  the building is built and they find us on our Web site
8  we've done a very poor job with our 350 sales folks.
9  So to answer your question, I don't know if it could
10 happen. I would certainly hope it never had happened
11 because we haven't missed that opportunity.
12    Q.  So how would this hundred unit community
13 generate a listing on ForRent.com?
14    A.  An account executive would go to the
15 management company and/or site, sit down with the
16 manager, talk about their various advertising needs,
17 which are usually vast when you're building a brand
18 new building, and we would hopefully sell them a
19 package of -- of Internet print and anything else we
20 have, and the account executive would then build the
21 ad and build the package for them and put them
22 on-line, and sometimes that will include having to go
23 out and take photographs of the building, which we do.
24 It would include video in the building if they choose
25 a video package, which we do, connecting all the phone

Page 121

1  lines, which we do, manually.
2     Q.  And once that listing is up, if this --
3  if this same 100-unit community wants to make a
4  change, how does that happen?
5         MR. STERN: Objection.
6         THE WITNESS: The majority of the
7  changes as we discussed, are done in the books.
8  They have to be done through graphic service order.
9  All of them in the books have to be done through a
10 graphic service order. The account executives in
11 For Rent Media Solutions, 350 people plus our customer
12 service reps, are tasked with seeing their apartment
13 communities, their -- their customer base, on a
14 monthly basis, physically going to the asset,
15 sitting down with the manager or the local person, and
16 talking about their program, sharing results for that
17 month, getting any changes that they need and
18 hopefully upselling them some more advertising if the
19 need is -- becomes apparent, and then they go back to
20 the office and they make the ad changes and they make
21 the on-line changes through our administrative and
22 customer service people or by themselves, depending on
23 the size of the market.
24 BY MR. LEVIN:
25    Q.  When you say by themselves, you mean by

Page 122

1  themselves meaning a -- a ForRent.com employee?
2    A.   Right, by -- the account executive is
3  what I meant. By themselves they can make the changes
4  as well.
5    Q.   And I think you mentioned that they
6  can -- they can log onto the system using credentials.
7    A.   Yes. There is -- there is different
8  levels of -- of city -- you know, a city can -- can
9  log in under their -- the group settings of their
10 customer base, but they also have the individual
11 log-ins -- excuse me -- of each customer so they can
12 go in and make the changes.
13   Q.   So a -- a ForRent.com employee can log
14 in using the credentials of the customer itself?
15   A.   Yes.
16       MR. LEVIN: No further questions.
17       MR. STERN: Just a -- a few questions.
18       THE VIDEOGRAPHER: Excuse me real quick.
19 I have five minutes left.
20       MR. STERN: Okay. It will be less than
21 that.
22       EXAMINATION
23 BY MR. STERN:
24   Q.   You were asked a couple of questions
25 about the process that can happen if somebody wants

Page 123

1  to make a change to an existing listing, and I just
2  want to make clear that even in those hundred unit
3  or above buildings -- unit and above buildings,
4  regardless of whether or not it is actually done
5  these customers could log onto the management console
6  and make changes, correct?
7    A.   Yes, they could.
8    Q.   Okay. I also want to direct your
9  attention real quick to I think it's Exhibit 77,
10 which is the For Rent Magazine City Office Guide --
11   A.   Yes.
12   Q.   -- which you said was an internal guide
13 that was given to For Rent Media Solutions people to
14 update and change listings, right?
15   A.   To the best of my recollection, yes.
16   Q.   And if you turn to page three, it says --
17 under frequently asked questions it says what is
18 the management console? The management console is
19 ForRent.com's online tool that allows properties to
20 make changes to their on-line listing. Does this
21 refresh your recollection as to whether or not the
22 management console that somebody using place an ad
23 can access, whether or not that's the same as
24 whether -- a ForRent.com person going back to the
25 office can access?

Page 124

1    A.   No.
2    Q.   Okay. But as far as you know, there is
3  only one management console on ForRent.com?
4    A.   Yes.
5        MR. STERN: Okay. No further questions.
6        MR. LEVIN: None.
7        THE VIDEOGRAPHER: There being no further
8  questions, this concludes the videotape deposition of
9  Terry Slattery. A total of four tapes were used, and
10 we're going off the record at 4:07 p.m.
11       (The deposition was concluded at
12 4:07 p.m.)

Page 125

CERTIFICATE

       I, the undersigned, TERRENCE SLATTERY,
do hereby certify that I have read the foregoing
deposition and that, to the best of my knowledge, said
deposition is true and accurate (with the exception of
the following corrections listed below:)
Page     Line     Correction