UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

FILED
SEP - 9 2009
CLERK, U.S. DISTRICT COURT
NORFOLK VA

| | |
|---|---|
| SHOPNTOWN, LLC | )<br>)<br>) |
| *Plaintiff,* | )<br>) Civil Action No.<br>) 2:08-cv-00564-RAJ-JEB |
| v. | )<br>) |
| LANDMARK MEDIA ENTERPRISES, LLC | )<br>) |
| *Defendant.* | )<br>)<br>) |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
### AND RETENTION OF JURISDICTION

The parties, pursuant to a Settlement and Patent License Agreement (the "Settlement Agreement"), have reached an agreement as to all matters raised in this action. Accordingly, **IT IS HEREBY STIPULATED** by and between Plaintiff and Counterclaim Defendant, ShopNTown, LLC and Defendant and Counterclaim Plaintiff, Landmark Media Enterprises, LLC., by and through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

At the request of the parties, and in order to give effect to the parties' Settlement Agreement, it is hereby **ORDERED** that the Court shall retain jurisdiction over this matter and the parties to resolve any disputes arising under, and otherwise to enforce, the Settlement Agreement.

ENTERED this ___ day of September, 2009.

/s/
Raymond A. Jackson
United States District Judge
United States District Judge

**STIPULATED AS TO DISMISSAL WITH PREJUDICE:**

**SHOPNTOWN, LLC**

By: *[signature]*

Alan D. Albert
Virginia Bar Number: 25142
LECLAIRRYAN, PC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Telephone: (757) 441-8914
Facsimile: (757) 624-3773
Email: *alan.albert@leclairryan.com*

Dana J. Finberg
Virginia Bar Number: 34977
LECLAIRRYAN, PC
44 Montgomery Street, 18th Floor
San Francisco, California 94104
Telephone: (415) 913-4947
Facsimile: (415) 391-8766
Email: *dana.finberg@leclairryan.com*

*Counsel for Plaintiff, ShopNTown, LLC*

**LANDMARK MEDIA ENTERPRISES, LLC**

By *[signature]*

Conrad M. Shumadine
Virginia Bar Number 4325
Michael R. Katchmark
Virginia Bar Number 40440
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
E-mail: *cshumadine@wilsav.com*
E-mail: *mkatchmark@wilsav.com*

*Counsel for Defendant, Landmark Media Enterprises, LLC*